# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# BAY CITY

| | |
|---|---|
| Bridget D. Charles,<br><br>           Plaintiff,<br><br>v.<br><br>Northland Area Federal Credit Union,<br><br>           Defendant. | CASE NO. 1:25-cv-12749-TLL-PTM<br><br>Hon. Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE THAT** Plaintiff Bridget D. Charles, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Northland Area Federal Credit Union, with prejudice, as to all claims in this action.

The parties have resolved their claims and hereby stipulate and agree that Plaintiff's Complaint against Defendant Northland Area Federal Credit Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 2, 2026                         Respectfully submitted,

| | |
|---|---|
| */s/ Joshua B. Lane*<br>Joshua B. Lane<br>TX Bar No. 24092665<br>P.O. Box 558<br>Spring Branch, TX 78070<br>Phone: (210) 541-2154<br>Fax: (210) 783-1383<br>josh@schumacherlane.com | */s/ Karl L. Wenzloff*<br>Karl L. Wenzloff (P71939)<br>903 North Jackson Street<br>Bay City, MI 48708<br>(989) 893-9511<br>wenzloffbankruptcy@sbcglobal.net<br>Attorneys for Defendant<br>Northland Area Federal Credit Union |